# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACU PLASMOLD, INC., <br><br> Plaintiff(s), <br> v. <br><br> VISION INDUSTRIES GROUP, INC., *et al*, <br><br> Defendant(s). | Civil Action No.: 2:23-21161-BRM-ESK <br><br> **ORDER DISMISSING CASE** <br> **Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendants,

**It is on this 1st DAY of FEBRUARY, 2024**

**ORDERED** that the above captioned action be and is hereby dismissed as to defendants, **Vision Industries Group, Inc., and Luke Liang,** pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

Brian R. Martinotti, Judge
United States District Court